# EXHIBIT 1

**Todd Jarvis**
Division Director

**Michael W. Harrison**
Branch Manager (GS-13)

**Michael J. Johnson**
Production Control Supervisor (GS-12)
*Direct Supervisor*
(2011 - Present)
Wolf reported harassment to him in June 2025 &
Sept. 19, 2025

Wilcher reported Currier's harassment of Wolf to
him in June 2025

**Jessica Mendoza**
Customer Service Supervisor (GS-12)
(2011 – Present)
_____
Wolf reported harassment to her on
Sept. 19, 2025

**Aaron Wilcher**
Production Control Lead (GS-11)
(2008 - Present)

Wolf reported harassment to him on
June 2, 2025, May 12, 2025, & Sept. 22, 2025

**Julia Callanan**
Production Controller (GS-9)
(2011 - Present)

Wolf reported Currier's harassment to
Julia & Wilcher on June 2, 2025, &
Sept. 19, 2025

**Shuree Wolf**
Production Controller (GS-7)
(Nov. 18, 2025 – Present)
_____
- June 2025: Wolf reports harassment to Wilcher, Johnson, & Callanan
- Sept. 2025: Wolf reports harassment to Wilcher, Callanan, & Mendoza
- Sept. 19, 2025: Wolf files Police Report
- Sept. 22, 2025: Files for TRO
- May 12, 2026: Wolf files 2nd Police Report
- June 3, 2026: TRO Hearing
- July 29, 2026: Hearing for Permanent Restraining Order

**Josiah Currier**
Production Controller (GS-9)
_____
HARASSER
_____
- March 2025: tells Wolf she is "too attractive to be gay"
- June 2, 2025: Message to Wolf: "You bringing that thick ass back to work"
- Sept. 18, 2025: Voicemail to Wolf: "You fucking cunt, you're going to die"
- May 9, 2025: Voicemail to Wolf: "You're going to die, we're gonna make you die cunt, you're gonna die"
_____
Admin Leave (Sept. 2025)
_____
Terminated (Dec. 2025)